1   **STEPHEN D. DEMIK**
    California State Bar No. 221167
2   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
3   San Diego, California  92101-5030
    Telephone No. (619) 234-8467
4   Email: Stephen_Demik@fd.org

5   Attorneys for Mr. Ramos

6

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    CASE NO. 07MJ2895
                                     )
11            Plaintiff,             )
                                     )
12  v.                               )
                                     )    **NOTICE OF APPEARANCE**
13  **GABRIEL RAMOS-RAMOS,**         )
                                     )
14                                   )
            Defendant.               )
15                                   )
                                     )
16  _____ )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19  in the above-captioned case.

                                        Respectfully submitted,
20

21
    Dated:  December 19, 2007            /s/ STEPHEN D. DEMIK
22                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
23                                       Stephen_Demik@fd.org

24

25

26

27

28

1   **CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6          Copy to Defendant

7

8   Dated:  December 19, 2007                    /s/ STEPHEN D. DEMIK
                                                 Federal Defenders of San Diego, Inc.
9                                                225 Broadway, Suite 900
                                                 San Diego, CA  92101-5030
10                                               (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
11                                               Stephen_Demik@fd.org (email)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28